McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:19-MC-00041-AWI |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $738,041.42 SEIZED FROM J.P. MORGAN CHASE BANK, ACCOUNT NUMBER 2963925506, | |
| APPROXIMATELY $486.87 SEIZED FROM J.P. MORGAN CHASE BANK, ACCOUNT NUMBER 293215825, AND | |
| APPROXIMATELY $196,800.00 SEIZED FROM BANK OF AMERICA, ACCOUNT NUMBER 325098238284, | |
| Defendants. | |

It is hereby stipulated by and between the United States of America and potential claimants Doris Cheng and Wendy Truong ("claimants"), by and through their respective counsel, as follows:

1. On or about February 26, 2019, the Homeland Security Investigation ("HSI") seized the above-referenced defendant funds pursuant to Federal seizure warrants (hereafter collectively "defendant funds").

2. Under 18 U.S.C. §§ 983(a)(1)(A)(i)-(iv), and 983(a)(3)(A), the United States is required to send notice to potential claimants, file a complaint for forfeiture against the defendant funds, or obtain an

1
Stipulation and Order to Extend Time

indictment alleging that the defendant funds are subject to forfeiture within ninety days of seizure, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is May 27, 2019.

3. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to August 26, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

4. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture shall be extended to August 26, 2019.

Dated: 5/23/19 McGREGOR W. SCOTT
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 5/22/19 /s/ Kevin P. Rooney
KEVIN P. ROONEY
Attorney for potential claimant
Doris Cheng
(Signature authorized by email)

Dated: 5/22/19 /s/ David A. Torres
DAVID A. TORRES
Attorney for potential claimant
Wendy Truong
(Signature authorized by email)

IT IS SO ORDERED.

Dated: May 28, 2019

SENIOR DISTRICT JUDGE