1  McGREGOR W. SCOTT
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6
7
8                       IN THE UNITED STATES DISTRICT COURT
9                         EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  UNITED STATES OF AMERICA, | 1:19-MC-00041-AWI |
| 11             Plaintiff, | |
| 12       v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| 13  APPROXIMATELY $738,041.42 SEIZED FROM J.P. MORGAN CHASE BANK, ACCOUNT NUMBER 2963925506, | |
| 15  APPROXIMATELY $486.87 SEIZED FROM J.P. MORGAN CHASE BANK, ACCOUNT NUMBER 293215825, AND | |
| 17  APPROXIMATELY $196,800.00 SEIZED FROM BANK OF AMERICA, ACCOUNT NUMBER 325098238284, | |
| 19             Defendants. | |

It is hereby stipulated by and between the United States of America and potential claimants Doris Cheng and Wendy Truong ("claimants"), by and through their respective counsel, as follows:

1. On or about February 26, 2019, the Homeland Security Investigation ("HSI") seized the above-referenced defendant funds pursuant to Federal seizure warrants (hereafter collectively "defendant funds").

2. Under 18 U.S.C. §§ 983(a)(1)(A)(i)-(iv), and 983(a)(3)(A), the United States is required to send notice to potential claimants, file a complaint for forfeiture against the defendant funds, or obtain an indictment alleging that the defendant funds are subject to forfeiture within ninety days of seizure, unless

the court extends the deadline for good cause shown or by agreement of the parties. That deadline was May 27, 2019.

3. By Stipulation and Order filed May 28, 2019, the parties stipulated to extend to August 26, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

4. By Stipulation and Order filed August 23, 2019, the parties stipulated to extend to November 22, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

5. By Stipulation and Order filed November 25, 2019, the parties stipulated to extend to December 23, 2019, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

6. By Stipulation and Order filed January 16, 2020, the parties stipulated to extend to January 22, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

7. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to February 21, 2020, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

8. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture shall be extended to February 21, 2020.

Dated: 1/21/20　　　　　　　　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　By:　/s/ Kevin C. Khasigian
　　　　　　　　　　　　　　　　　　　　　KEVIN C. KHASIGIAN
　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

2

| | | |
|---|---|---|
| 1 | Dated: 1/21/20 | /s/ Kevin P. Rooney |
| 2 | | KEVIN P. ROONEY<br>Attorney for potential claimant |
| 3 | | Doris Cheng |
| 4 | Dated: 1/21/20 | /s/ David A. Torres |
| 5 | | DAVID A. TORRES<br>Attorney for potential claimant |
| 6 | | Wendy Truong |

(Signatures authorized by email)

IT IS SO ORDERED.

Dated: January 23, 2020

_____
SENIOR DISTRICT JUDGE